# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Spartanburg Division

USDC, CLERK RECEIVED GREENVILLE, SC
2017 DEC -4 AM 11: 52

Cale Marcus Strickland
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

W6CL cbs Atlanta
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Cale Marcus Strickland
   Street Address: P.O. Box 170661
   City and County: Spartanburg, Spartanburg
   State and Zip Code: South Carolina 29301
   Telephone Number: 864-256-6144
   E-mail Address: C.Strickland.0000 at gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: WGCL cbs Atlanta
Job or Title (if known): News Station
Street Address: 425 14th St. NW
City and County: Atlanta, Fulton
State and Zip Code: Georgia 30318
Telephone Number: 404-327-3200
E-mail Address (if known):

**Defendant No. 2**
Name: Steve Doerr
Job or Title (if known): News Director for WGCL cbs Atlanta
Street Address: 425 14th St. NW
City and County: Atlanta, Fulton
State and Zip Code: Georgia 30318
Telephone Number: 404-327-3200
E-mail Address (if known):

**Defendant No. 3**
Name: Mark Pimentel
Job or Title (if known): General Manager for WGCL cbs Atlanta
Street Address: 425 14th St. NW
City and County: Atlanta, Fulton
State and Zip Code: Georgia 30318
Telephone Number: 404-327-3200
E-mail Address (if known):

**Defendant No. 4**
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Cale Marcus Strickland, is a citizen of the State of *(name)* South Carolina.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b. If the defendant is a corporation

   The defendant, *(name)* **WGCL cbs Atlanta**, is incorporated under the laws of the State of *(name)* **Georgia**, and has its principal place of business in the State of *(name)* **Georgia**.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**The material was untrue and damaging to my identity.**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

III. Statement of Claim

1. Libel

On Dec. 7th 2015, an article was published by WGCL CBS Atlanta that was a false story. The story was inappropriate and not true. The material has had an damaging attire on the area of life I walk around. Also there is damage that I don't know where or how far it goes because the material has been advertised all over the world.

Cale Strickland

IV. Relief

-For the defamatory article that was published on Dec. 7th 2015, and the result behind the action I'm seeking one million – six hundred fifty thousand dollars.

Cale Strickland

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/4/17

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Cabe Strickland

#### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____